# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

**Katherine M. Lieb**
**Of Counsel**
**Admitted In NY**
**Direct Dial:  212-500-1580**
**Email: klieb@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

February 29, 2024

**By ECF**

The Honorable Jennifer L. Rochon
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

>  The requested extension of time to respond to the Complaint until **April 3, 2024**, is GRANTED.  The Initial Pretrial Conference is adjourned until **April 23, 2024**, at **4:30 p.m.**
>
> Dated: February 29, 2024
> New York, New York
>
> **SO ORDERED.**
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:     *McGlynn v. Xcel Brands, Inc.* (1:23-cv-11123-JLR)

Dear Judge Rochon:

This firm represents Defendant Xcel Brands, Inc. ("Xcel") in the above-referenced matter. Pursuant to Section 1F of Your Honor's Individual Practices in Civil Cases, we write to respectfully request a further adjournment of Xcel's time to respond to the Complaint for an additional thirty days, or until April 3, 2024. This is Xcel's second request for an adjournment. The original deadline to respond to the Complaint was February 2, 2024, and per the Court's Order, dated February 2, 2024, the Court extended Xcel's deadline to the present deadline of March 4, 2024.  (ECF Nos. 10, 11).  Xcel seeks the present extension to allow time for further investigation of the claims alleged in the Complaint and to allow time for the parties to discuss a potential settlement. Counsel for Plaintiff David McGlynn consents to the requested adjournment.

The Initial Pretrial Conference is scheduled for April 9, 2024 at 10:30 AM. In light of the foregoing request for a further adjournment of its time to respond to the Complaint, both parties respectfully request an adjournment of the Initial Pretrial Conference. Counsel for the parties have conferred and identified the following mutually agreeable dates for the Initial Pretrial Conference: April 23-25 and 30; and May 1-2.

We thank the Court for its attention to this request

Respectfully submitted,

_/s/ Katherine M. Lieb_
Katherine M. Lieb

cc: All counsel of record