

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

September 2, 2025

*Via ECF*
Hon. Jennifer L. Rochon
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

> The requested extension is GRANTED. The deadline to reopen this matter is extended to **November 11, 2025**.
>
> SO ORDERED.
>
> Date: September 3, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:  *David McGlynn v. Xcel Brands, Inc. and Group JS International LTD d/b/a JS Group International*
Case No: 1:23-cv-11123-JLR

Dear Judge Rochon:

Plaintiff David McGlynn ("*Plaintiff*") and defendants Xcel Brands, Inc. ("Xcel") and Group JS International LTD d/b/a JS Group International (collectively, "*Defendants*") (Plaintiff and Defendants collectively referred to herein as the "*Parties*"), by and through their undersigned counsel, hereby respectfully request an extension of time to file a dismissal pursuant to pursuant to Fed. R. Civ. P. 14(a)(1)(A)(ii) or to otherwise seek to re-open this matter.

The current filing deadline to September 2, 2025. [ECF No. 56]. This is the second request for an extension of the filing deadline, the first being granted on July 7, 2025. [*Id.*]. While the settlement agreement has been finalized and executed, the settlement transaction is not yet fully consummated. Accordingly, the Parties respectfully request that the filing deadline be extended to November 11, 2025, at which time the Parties anticipate the case shall be fully resolved. No other dates will be impacted in the event this request is granted, as all conferences have been cancelled. As such, the Parties respectfully request an extension of time, to November 11, 2025, to file the dismissal or otherwise seek to re-open this matter. Thank you for your consideration of this request.

Respectfully submitted,

| **SANDERS LAW GROUP** | **SILLS CUMMIS & GROSS P.C.** |
|---|---|
| /s  *Jaymie Sabilia-Heffert* | /s  *Katherine M. Lieb* |
| Jaymie Sabilia-Heffert, Esq. | Katherine M. Lieb, Esq. |
| 333 Earle Ovington Blvd, Suite 402 | 101 Park Avenue, 28th Floor |
| Uniondale, NY 11553 | New York, New York 10178 |
| Tel: (516) 203-7600 | Tel: (212) 643-7000 |
| Email: jheffert@sanderslaw.group | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

13505899 v1